[Criminal No. 747.   Filed October 15, 1931.]

[3 Pac. (2d) 1053.]

WILLARD  L.  FOGAL, Appellant,  v.  STATE, Respondent.

Mr. M. C. Burk, for Appellant.

The Attorney General, for the State.

PER CURIAM.—This and case No. 746, *Fogal* v. *State, ante,* p. 55, 3 Pac. (2d) 1053, just decided, were both service station holdups, occurring in Phoenix only two days apart.  What we have said in case No. 746 applies equally as well to this case.

Judgment affirmed.